**Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIDAN ISRAEL and CHALSE OKOROM,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:23-cv-01788-MJP<br><br>**DECLARATION OF JENNIFER E. ARAGON IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND** |

I, Jennifer E. Aragon, hereby declare, under penalty of perjury and in accordance with the laws of the State of Washington, that:

1. I am one of the attorneys representing the defendant in this matter. I am over the age of 18 years, have personal knowledge of the matters addressed in this Declaration, and am competent to testify on those matters.

2. In *Honchar vs. Hirsch Glass Corp., King County Superior Court No. 21-2-00268-1 KNT,* Hirsch served interrogatories and requests for production on the plaintiff and obtained answers. In addition, Honchar retained experts, and took the depositions of two witnesses before filing a Motion for Summary Judgment.

DECLARATION OF JENNIFER E. ARAGON IN SUPPORT OF
OPPOSITION TO MOTION FOR REMAND – 1
CAUSE NO. 2:23-cv-01788-MJP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4857-3209-9739, v. 1

3. Attached as **Exhibit 1** is a true and correct copy of the plaintiffs' contract with Miggy Movers.

4. Attached as **Exhibit 2** is a true and correct copy of the Plaintiffs' Complaint filed in King County Superior Court against Miggy Movers, Case no.23-2-00337-3 SEA.

5. Attached as **Exhibit 3** is a true and correct copy of selected claim file logs notes from Safeco Claim no. 049856527.

6. Attached as **Exhibit 4** is a true and correct copy of the Complaint filed in King County Superior Court, with exhibits.

7. Attached as **Exhibit 5** is a true and correct copy of the Proof of Service filed by CSC.

8. Attached as **Exhibit 6** is a true and correct copy is a true and correct copy of an email with inventory lists.

9. Attached as **Exhibit 7** is a true and correct copy is a true and correct copy of the Demand from counsel.

10. Attached as **Exhibit 8** is a true and correct copy is a true and correct copy of the email between counsel regarding IFCA Notice.

11. Attached as **Exhibit 9** is a true and correct copy of Order Granting Leave to File Amended Complaint dated October 13, 2023.

12. Attached as **Exhibit 10** is a true and correct copy of the Amended Complaint and Exhibits.

SIGNED this 8th day of January, 2024, in Seattle, Washington

_____
Jennifer E. Aragon

DECLARATION OF JENNIFER E. ARAGON IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND – 2
CAUSE NO. 2:23-cv-01788-MJP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4857-3209-9739, v. 1

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***DECLARATION OF JENNIFER E. ARAGON IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND*** on the following individuals in the manner indicated:

Sam Leonard
LEONARD LAW, PLLC
9030 35th Avenue SE, Suite 100
Seattle, WA 98126

*Attorney for Plaintiffs*

(X)  Via ECF
(X)  Via Email

**SIGNED** this 8th day of January 2023, at Seattle, Washington.

*s/Barbara Petro*
Barbara Petro

DECLARATION OF JENNIFER E. ARAGON IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND – 3
CAUSE NO. 2:23-cv-01788-MJP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4857-3209-9739, v. 1