# EXHIBIT 3



Pol: OY8602631 | Pol St: WA | Clm: 049856527 | Ins: AIDAN ISRAEL | DoL: 06/14/2022 | Loss St: WA | Status: Open

| Create Date | Author | Topic | Related To | Subject | Text (10,000) |
|---|---|---|---|---|---|
| 06/19/2023 2:57 PM | Home Damage Services Integration | External Estimating Vendor | Claim | From: Kelly Truong of Company: Liberty Mutual Insurance Group | Original 06/19/2023 2:57 PM files downloaded and uploaded to litigation repository |
| 05/11/2023 12:14 PM | MARKUEZ FULLWOOD | Claim Status | (1) 1st Party Content - AIDAN ISRAEL | Claim Update | Original 05/11/2023 12:14 PM NI called requesting a denial letter. Stated that the claim is still pending due the the civil matter that has to be resolved to see if any of the items can be deemed theft. Based on our current information we can't make this determination due to that civil matter being unresolved and we cannot proceed with a standard denial in good faith. Explained they have multiple emails from me and my TM (see 06/24/22 note) that should work in stating the claims current status and our stance. Asked if they had any updates on their end and they stated no as the police are still not pursuing that matter due to it being civil. They seem to be going through the court process now Requested he email his request and lawyers office that way I can go over the issue with them and hopefully get them documentation that will draft and have reviewed by my TM. |
| 05/11/2023 11:47 AM | Claims IVR Integration | eService | (1) 1st Party Content - AIDAN ISRAEL | IVR Inbound Call | Original 05/11/2023 11:47 AM Who Called: 206-201-9989 End Result: Call cold transferred to extension n1557633 Number Dialed: 407-871-5476 (Fullwood, Markuez) |
| 05/11/2023 11:37 AM | Claims IVR Integration | eService | (1) 1st Party Content - AIDAN ISRAEL | IVR Inbound Call | Original 05/11/2023 11:37 AM Who Called: 206-201-9989 End Result: Call cold transferred to extension n1557633 Number Dialed: 407-871-5476 (Fullwood, Markuez) |
| 05/11/2023 9:19 AM | Claims IVR Integration | eService | (1) 1st Party Content - AIDAN ISRAEL | IVR Inbound Call | Original 05/11/2023 9:19 AM Who Called: 206-201-9989 End Result: Call cold transferred to extension n1557633 Number Dialed: 407-871-5476 (Fullwood, Markuez) |
| 07/25/2022 12:37 PM | MARKUEZ FULLWOOD | Claim Status | Claim | Coverage Status | Original 07/25/2022 12:37 PM NI called in to complain about coverage decision and why this claim is not being treated as a theft. I went over the WA UTC report and explained how a contract was in play. That the finding of the report were helpful and aligned with most things that were stated but again confirmed that a contract was in play for the transition and they didn't follow the contract guidelines (they threw away / are holding the items according to our insured and their significant other). Explained because of this the police are not proceeding with prosecution and treating it as a civil matter. It's the same reason that we cannot proceed is because there's a contract in play and them breaking that wouldn't be considered a theft but a civil matter. Tried to help our insured by explaining why we may have coverage for the 3 items the employee took. Elaborated how the employee had no right to the the items and acted independently from the company. The company they handled filed a police report against the worked and the police are actively pursuing it because there's no contract, the employee had no right to take the items and was told to bring something that doesn't belong to him back and he refused. The difference being is that the company was paid to remove the items by you. A contract was written up of their responsibilities and they didn't fully follow the guidelines. Because of this the issue has to be handled in court and cant be treated as a "theft" because they were acting under the guidelines of your agreement to an extent. -- Reviewed the claim extensively with CTM which has also reached out and explained the same issue. Made sure they had her information if they which to discuss it with her and they could send in any information they want and I'd further review it. |
| 06/27/2022 5:47 PM | MARKUEZ FULLWOOD | Record of Contact Out | Claim | File Review - Confirmed option with NI - pending AG / UCC | Original 06/27/2022 5:47 PM Called NI and reviewed the loss with them again. had them send me the large zip file they had of all the documents to add to our claim file. They understood that coverage through this policy wouldn't be granted and we need to wait for the final judgement from the UCC and AG to determine our next steps. Ni understood the police report would still need to be filed and even if they are compensated through us they would sue the moving company for other issues not covered by their policy. They reviewed a few different situation and asked if they would have coverage if the moving company returned only some of the items. Explained it would still depend on the investigation but them returning some of the items wouldn't prevent coverage for the rest that still missing. Agreed that we'd follow up in about 2-3 weeks and confirm what's happening with the separate investigation. |