# <u>EXHIBIT 6</u>

## Jennifer E. Aragon

| | |
|---|---|
| **From:** | Sam Leonard <sam@seattledebtdefense.com> |
| **Sent:** | Wednesday, July 12, 2023 2:51 PM |
| **To:** | Matthew S. Adams; Jennifer E. Aragon |
| **Cc:** | Monica L. Schwandt |
| **Subject:** | RE: Israel and Okorom v. Safeco Insurance Company of America |
| **Attachments:** | 2023-01-08 - Settlement Demand to UFCC - Final - AI Inventory.pdf; 2023-01-08 - Settlement Demand to UFCC - Final - CO Inventory.pdf |

Matt and Jennifer,

It was good to meet both of you today. Per our conversation regarding settlement, attached are list of the personal items that were taken from my clients' home by Miggy. The two instruments that were returned  in damaged condition are identified. **These list are being provided subject to ER-408 and are not to be used as evidence.**

Please let me know if you have any questions.

Sam

Sam Leonard, *Attorney at Law*

Leonard Law, PLLC
9030 35th Avenue SW ste 100
Seattle WA 98126
Ph. (206) 486-1176
Fx.  (206) 458-1176
sam@seattledebtdefense.com
www.seattledebtdefense.com



**CONFIDENTIALITY NOTICE:**

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail.  Thank you.

**From:** Matthew S. Adams <MAdams@foum.law>
**Sent:** Monday, July 10, 2023 3:19 PM
**To:** Sam Leonard <sam@seattledebtdefense.com>; Monica L. Schwandt <MSchwandt@foum.law>

**Cc:** Jennifer E. Aragon <JAragon@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

Hi Sam, yes.  I think that would be very helpful.  On Wednesday I am free at 10:00, between 11:30 and 2:00 or after 3:00.


**Matthew** S. Adams
Shareholder

**Forsberg & Umlauf, P.S.**
**901 Fifth Avenue, Suite 1400**
**Seattle, WA 98164**
DIRECT    206-346-3945
OFFICE    206-689-8500
FAX        206-689-8501
EMAIL     MAdams@FoUm.law



From: Sam Leonard <sam@seattledebtdefense.com>
Sent: Monday, July 10, 2023 3:17 PM
To: Monica L. Schwandt <MSchwandt@foum.law>
Cc: Matthew S. Adams <MAdams@foum.law>; Jennifer E. Aragon <JAragon@foum.law>
Subject: RE: Israel and Okorom v. Safeco Insurance Company of America

Received.

Mr. Adams and Ms. Aragon,

I would like to set up a call with you to discuss this case and better understand your client's position. Do you have time for a call Wednesday at 10:00 am?

I look forward to working with you.

Sam

**Sam Leonard, *Attorney at Law***

**Leonard Law, PLLC**
**9030 35th Avenue SW ste 100**
**Seattle WA 98126**
**Ph. (206) 486-1176**
**Fx.  (206) 458-1176**
sam@seattledebtdefense.com
www.seattledebtdefense.com

 

**CONFIDENTIALITY NOTICE:**

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail.  Thank you.

From: Monica L. Schwandt <**MSchwandt@foum.law**>
Sent: Monday, July 10, 2023 2:37 PM
To: Sam Leonard <**sam@seattledebtdefense.com**>
Cc: Matthew S. Adams <**MAdams@foum.law**>; Jennifer E. Aragon <**JAragon@foum.law**>
Subject: Israel and Okorom v. Safeco Insurance Company of America


Re:     *Aidan Israel & Chalse Okorom v. Safeco Insurance Company of America*
        Policy No.: OY8602631
        DOL: June 14, 2022


Counsel,

Please find enclosed the Answers and Affirmative Defenses of Safeco Insurance Company of America that has been filed with the Court.  A hard copy will be mailed to you since you have not signed up for ECF e-filing for this case.


Thank you,
Monica L. Schwandt

**Monica** L. Schwandt
Legal Assistant

**Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
OFFICE   206-689-8500
FAX      206-689-8501
EMAIL    MSchwandt@foum.law



## Chalse Okorom Items

| Living room Items | Bedroom Items |
|---|---|
| Article Couch, 2 seater grey | 10 sweaters |
| Wall Clock | 10 crewnecks/long-sleeve shirts |
| 4 HDMI cords | 30 t-shirts/tops |
| Xbox One S 1TB + Battlefield 3 + controller | 15 bras |
| Cat tree (tension rod) ceiling 96in | 20 pairs socks (ankle, long, boot, etc.) |
| Cat tree (multicat) tall | 20 pairs underwear |
| Cat tree (one cat) tall | Dresser golden solid wood antique dresser (3-drawer) |
| Fully Standing Desk + add-on acessories | Antique cherry wood wooden lingerie dresser, 7+ drawers/compartments + mirror |
| Desk organizer + desktop bookshelf | SwissGear carry-on suitcase, silver/blue |
| Paper posters - Welcome to Nightvale | Mid-size TjMaxx suitcase, navy solid shell |
| Latin Woman Painting | Etagare Bookshelf, 4 shelf tall |
| Metal displates (3) | 3pc new york painting set |
| Animal Crossing New Horizons | 4ft Christmas Artifical Tree, white electric lights |
| Legend of Zelda: Breath of the Wild | Lenovo Smart Clock Gen2 |
| Pokemon Sword | Lenovo Smart Clock Gen1 |
| Logitech Ergo Keyboard | Sony Wireless Headphones Grey |
| Logitech Ergo Mouse | Grey Plush Blanket, King Size |
| 3.5mm Jack Adapter | Steve Madden Combat Boot |
| Surface wall AC charger (2) | Laundry hamper wicket woven |
| USB-C Monitor Adapter | One plus wirless headphones |
| Manduka Yoga Mat, Blue | Floor Fan with Remote + automatic settings |
| 2pk Sunflower 20x20 pillows | Nightstand |
| 2 Indian Hand-sewn Lumbar thow pillows | Mid-sze eeyore stuffed animal disney |
| Android mascot plush | If not  not now, why then?' small picture frame |

Israel_000090

| | |
|---|---|
| Nada Roll (Lumbar device)\ | 3 sets Calvin Klein bedsheets (fitted + flat sheets), Queen |
| GE Surge Protector | 2 Turkish cotton bedsheets  + pillowcases, Queen |
| 2pk Sisal cat scratch mats | 1 set checkered black/white sheets |
| Yellow Plush Throw Blanket | Astronomy large wall tapestry |
| 2pk Gallery wall 8x8in Frames | Relax Pillow |
| Gallery Wall Photo Frame Set | Bed cover (blocks off under bed) |
| Bible Quote 12in art + frame | Tissue box cover |
| 3pc mirror black + light wood wall art | Gudetama Piggy Bank |
| Cat spinner toy feather floor | Edison bulb + industrial lamp |
| Cat spinner toy green feather moving rod | LED floor lamp touch-activated |
| Macys bookbag | Samsung Galaxy 3 |
| 2pk pencil holders / organizers | Samsung Galaxy S5 |
| Shark Corded Vaccum + attatchments | Google Fi Simcard Pack |
| DSW Striped Overnight Totebag | Nexus 2 |
| 2x Leak-proof dog food containers | Poertable charger 10000mAH |
| Family photos | Bluetooth speaker |
| 10x Dog toys | White wireless keyboard |
| Meds Container | Nigerian dress + top/skirt set, Nigerian seamstress |
| 30x cat toys | Northface raincoat |
| 2pk Dog collar | Weighted blanket 20lb |
| Cross Pendant necklace macys | Fossil Brown Leather Purse |
| Black metal letter opener | Fossil Brown Leather Wallet |
| 2x cat scratcher poles | Fossil Burgundy Leather Wallet with chain |
| Assasins Creed Oddessy: XBox One | 2x personal-size dehumidifiers |
| Fallout 4 XBox One | |
| Cat carrier for vet, yellow/grey | |
| Canon Printer | |
| Dehumidifier | |
| Box of christmas decorations and ornaments | |

Israel_000091

| Kitchen Items | Bathroom Items |
|---|---|
| Stainless steel silverware set | 2x Camille Rose twisting butter |
| 15pc Blue Nonstick Pots/pans set | Bathroom over-door vanity jewelry container |
| 20 ceramic cofee mugs | Brown sugar exfoliating scrub |
| 10 shot glasses | Mane Choice moisturizing spray |
| Steak knives set | 6pc Head and Shoulder dandruff haircare set |
| Grey Volcanic ceramic dishes 12pc set | Electric face scrubber/exfoliant |
| 3pk zebra-print ceramic bowls | 300mg Buproprion XL 90 day supply |
| Faberware pots/pans, bronze | 10mg Proponolol 30 day supply |
| Magnetic kitchen timer | 20mg, 10mg Lexapro 30 day supply |
| YETI Insulated tumbler | 5 bath towels, 2 hand towels, 2 washcloths |
| 3pc Ceramic Martha Stewart mixing bowls | 2x acryllic flower paintings 8x10 |
| 4pk korean soup bowls | 2pc washable shower curtains |
| Meat tenderizer | Hair scrubber/exfoliant |
| Japanese rice cooker, 6qt | 2x fogless shower mirrors |
| Air fryer, 3qt | 10-15 bathroom cleaning products |
| Electric Veggie chopper | Mini bathroom tile scrubber detailer |
| Handheld electric milk frother | Hair dryer revlon |
| Spice rack (30+ spices/oils) | Hair dryer brush |
| OXO Tupperware set 10+ pieces | CHI flat iron |
| Grey Ikea dishset 30+ dishes | |
| Cutting/chopping knives 4pk | |
| | |
| Drying rack | |
| 10 drinking glasses plastic | |

Israel_000092

| | |
|---|---|
| Composting bin | |
| Electric water kettle | |
| 10pc Nonstick baking set | |
| Kitchen trashcan 50-gallon | |
| Bathroom trashcan | |
| Bedroom trashcan 13-gallon | |
| 4pk kitchen towels | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Israel_000093

| Shoes | Books |
|---|---|
| Black fabric converse high tops | The Basic Practice of Statistics |
| Doc Martens Rainbow metallic | The Common Sense Guide to Data Structures *& Algorithms: Level up your COre Programming Skills 2ed |
| Nordstrom tall suede black boots | The Complete Guide to Golden Retrievers: Finding, Raising, Training, and Loving Your Golden Retriever Puppy |
| Kamik Hiking books | HTTP Pocket Reference |
| White converse high tops | The Ultimate RPG Gameplay Guide: Role-Play the Best Campaign Ever_No Matter the Game! |
| Tevas low tops | In Order to Live: A North Korean Girl's Journey to Freedom A North Korean Girl's Journey to Freedom |
| Adidas running shoes black, white sole | Arsenic and Adobo |
| Reebok running shoes, breathable cloudfoam | Metaphysics: A Very Short Introductgion |
| Birkenstocks, brown, cork | Everyone of the Moon is Essential Personnel |
| Birkenstocks, black, plastic/rubber | The Buying of Lot 37: Welcome to Night Vale Vol. 3 |
| Sketchers gym shoe boot | Information Doesnt Want to Be Free; Laws for the Infomation Age |
| Bullboxer Chelsea Boot | Bad Theology Kills: Undoing Toxic Belief & Reclaiming Your... |
| No. 6 Combat Boot Heel | The Great Glowing Coils of the Universe: Welcome to Night Vale Episodes, Volume 2 |
| 1-in heel work shoes, nude | Mostly Void, Partially Stars: Welcome to Night Vale Episodes, Volume 1 |
| 2in block heel sandal, nude/rose | Where to Draw the Line: How to Set Healthy Boundaries Every Day How to Set Healthy Boundaries Every Day |
| 4in block heel sandal, tan | On Her Knees: Memoir of a Prayerful Jezebel |
| Slide house slippers | Learning React: Functional Web Development with React and Redux |
| New Balance cloud comfort running shoes | A woman's guife to Cannabais by Nikki Furrer |
| Nude flats | Boundaries Where You End And I Begin: How To Recognize And Set Healthy Boundaries |
| | The Power of No: Because One Little Word Can Bring Health, Abundance, and Happiness |
| | Pure: Inside the Evangelical Movement That Shamed a Generation of Young Women and How I Broke Free |
| | Writing Tools: 55 Essential Strategoes for Every Writer |
| | I Am Not Myself These Days: A Memoir |
| | I'm Telling the Truth, but I'm Lying: Essays |

| | |
|---|---|
| | The game of desire; 5 suprising secrets to dating with dominance |
| | GRE Verbal + Q Reasoning |
| | GRE Prep 2019: Practice Tests + Proven Strategies + Online |
| | Cracking the Coding Interview: 189 Programming Questions and Solutions |
| | Intro to Psycholinguistics: Understanding Lanuage Science |
| | Voodoo in New Orleans - Madame Toussaint |
| | Creative Confidence: Unleashing the Creative Potential Within Us All |
| | Introduction to Netscape Communicator |
| | Nihongo Fun&Easy: Survival Japanese Conversation For Beginners |
| | The Illutstrated Man, Ray Bradbury |
| | Brand New World by Aldous Huxley |
| | Spying on Democracy: Government Surveillance, Corporate Power and Public Resistance (City Lights Open Media) |
| | Occult Witchcraft and Magic: An Illustrated History |
| | The African Trilogy: Things Fall Apart, No Longer at Ease and Arrow of God, Hardcover 2010 |
| | The Coddling of the American Mind: How Good Intentions and Bad Ideas Are Setting Up a Generation for Failure |
| | Monstress Comic Vol. 1 |
| | Hero, Perry Moore |
| | Hit Refresh: The Quest to Rediscover Microsoft's Soul and Imagine a Better Future for Everyone |
| | Between Gears, Natalie Nourigat |
| | Thinking fast and slow |
| | Brothers: A Novel, Yu Huan |
| | 3 Sketchbooks |
| | 7 writing notebooks and special parchment journals |
| | Project Management textbook |
| | Get a Life Chloe Brown |
| | Microsoft Scientific advancements hardcover |
| | |
| | |
| | |

Israel_000095

## **Aidan Israel Lost Property**

**Category: Furniture**

| Quantity | Item |
|---|---|
| 1 | Music Desk |
| 1 | Desk Chair |
| 2 | Couches |
| 1 | Recliner |
| 1 | Coffee Table/Leather |
| 1 | Kitchen Table |
| 4 | Kitchen Chairs |
| 1 | Air mattresses(2) |
| 1 | Air Mattress/Pump |
| 1 | Mattress Portable Pump |
| 2 | Dressers |
| 2 | Bookshelves |
| 2 | Lamps |
| 1 | Brightech Lamp |

**Category: Electronics**

| Quantity | Item |
|---|---|
| 2 | Studio Monitors Adam A5x |
| 1 | Seymour duncan power stage 150 |
| 1 | Hesu guitar cab |
| 1 | Mesa bass cab |
| 6 | Guitar pedals |
| 1 | Focusrite Clarrett 8 octo pre interface |
| 1 | Furmon Power Conditioner |
| 1 | Neural DSP Quad Cortex Pre Order Model |
| 2 | Cable Matters 6.35mm |
| 1 | Sabrent 4-port USB 3.0 HUB |
| 1 | Steinberg Key License Control Dev. |
| 1 | Pwr 12 ft xtra long USB 2.0… |
| 4 | Mogami Gold Cable Ends |
| 1 | Keyboard Drawer |
| 2 | Computer Monitors |
| 1 | Guitar Rack |
| 6 | Guitar Wall Hangers |
| 1 | Nyko Kickstand Multi Pack |
| 1 | Samsung 128 GB Bar |
| 4+ | Guitar Strings – Nickel Free/Personalized |
| 1 | Guitar String Muters |
| 1 | Gruv Gear Fret Wraps |
| 1 | Samsung 256 GB 100 MB's Micro Adapter |
| 5+ | Picks – Dunlop Etc. |

| | |
|---|---|
| 15 | Winspear Guitar picks |
| 1 | Ernie Ball 9203 Prodi |
| 1 | Samsung Ultra DI D1400 Pro DI Box |
| 1 | Samsung 256 GB 100 MBS Mem Card |
| 2 | New Fantasia Replacement Audio Upgrade Cables |
| 1 | Headphone Adapters |
| 1 | Guitar Sleeve |
| 1 | ANTII Compatible RZO9 Laptop Battery |
| 4 | Surge Protectors |
| 1 | Anker 20 Portable Power Charger |
| 1 | Play Station 4 |
| 1 | X Box One X |
| | PlayStation Controllers |
| | X Box Controllers |
| | Game Boy Color Discontinued |
| | Nintendo 3DS discontinued |
| 1 | Google Home |
| 2 | Televisions |
| 1 | Calculator |
| 1 | Donner DPA Power Supply Adapter |
| 3 | studio quality headphones |
| 1 | AC Power Adapter Nintendo Switch |
| 1 | 3A Fast Charging USB Cables |
| 1 | 2-pack Adaptive Fast Charger 6.6 ft |
| 1 | Neoflex Screen Protector |
| 1 | Adaptive Fast Wall Charger |
| 1 | Sans Disk Ultra CZ48… |
| 1 | Lanhiem Pixel 5 Case |
| 1 | MXCUDU 2 in 1 USB to 3.5 Studio Headphone Converter Adapter |
| 1 | USB C to 3.5 MM Audio Adapter |
| 1 | Supcase Unicorn Beele |
| 1 | Tozo Wireless Earbuds |
| 1 | HUMIXX Mount |
| 1 | Smart Q C307 USB 3.0 |
| 1 | Webcam/Microphone |
| 1 | Razer Kiyo Webcam |
| 2 | razer mouse pad |
| 1 | Razer Microphone |
| 1 | Power Strip Tower |
| 1 | Power Strip Surge Protector |
| 1 | Spigen Neoflex Screen Protector |
| 1 | USB Hub Venion 4-port |

Israel_000080

| | |
|---|---|
| 1 | Samsung 32gb DDR 4 2666 RAM Memory Module |
| 1 | Samsung Evo Plus SSD |
| 1 | TV Dock Nintendo Switch |
| 1 | Power A Charge Kit X Box |
| 1 | USB Charger Anker 60W PIQ 3.0 |
| 1 | USB Type C 10 ft. 3 pk chargers |
| 2 | Echogear TV Mount |
| 1 | GM Cell Bluetooth Adapter Audio Streaming |
| 1 | J Tech Digital 4K 60 Hz Audio Extracter Converter |
| 1 | WD Black 5 TB PU Game Drive Box |
| 1 | X Box 20th Cent Wireless Controller |
| 1 | DS5 Dual Sense Controller |
| 1 | Gigastone Micro SD |
| 1 | Seagate Horizon PlayStation |
| 1 | Avantee DG80 USB Audio Transmitter |
| 1 | Cable Direct 20 ft |
| 1 | Mounting Dream Sound Bar Mount |
| 1 | Rechargeable Port AC |
| 1 | U Green Audio Jack |
| 1 | IUVI /xsx /cibtrikker /cgarger /statuib |
| 1 | PlayStation Dual Sense Charging Station |
| 1 | Surface Pro 3 Charger |
| 1 | FosPower Digital Audio Coaxial Cable |
| 1 | UGreen Audio Jack |

**Category: Instruments**

| Quantity | Item |
|---|---|
| 1 | Stolen Instrument Earnie Ball Music Man Stingray year 2000 |
| 1 | Damage to Suhr Guitar strat Returned |
| 1 | Damage to OD Guitars Custom Asteria Returned |
| 1 | Keyboard |
| 1 | Gater 4 Gig Bag |
| | Studio Headphones |
| | Studio Ear Pods |
| 1 | Tozo Wireless Ear Buds |
| 1 | Synchronized NRG 3.0 Earbuds |
| 1 | Custom Earplugs from Audiologist |
| 3 sets | Acoustic Foam Panels |
| Set | Sound Addicted Isolation Pads |
| 1 | Black/Blue Absorption Studio Walls |
| 1 | Anker 7-Port USB Data Hub |

| 1 | Soundbrenner Pulse Smart Vibrating Metronome |
|---|---|
| 1 | Dunlop SLS 1033DB Straplock |
| 1 | Hercules Tri Guitar Stand |
| 1 | Hercules Guitar Stand |
| 1 | ESO Strap |
| 1 | Ernie Gall Strings (2030) |
| 1 | Ernie Ball Strings (2015) |
| 1 | Donner DPA Guitar Power Pedal Supply |
| 1 | Dunlop Straplocks |
| 1 | Genuine Paul Reed Smith Tremelo Arm |

**Category: Luggage**

| Quantity | Item |
|---|---|
| 1 | Suitcase – Samsonite |
| 1 | Carry-on – Samsonite |
| 1 | Travel Back pack |
| 1 | UO Backpack |
| 1 | VFS Student backpack |

**Category: Tools**

| Quantity | Item |
|---|---|
| 1 | Tuning Tool Set |
| 1 | Household Tool Set |
| 1 | Electric Power Drill |
| 1 | Kingsdun Screwdriver Set |

**Category: Clothes**

| Quantity | Item |
|---|---|
| 2 | Suits |
| 2 | Sports Coats |
| 10 | Jackets/Winter Coats/Windbreakers… |
| 2 | Vests |
| 12 | Sweaters |
| 11 | Pullovers |
| 6 | Jeans |
| 5 | Khakis |
| 4 | Dress Pants |
| 2 | Work Pants |
| 10 | Shorts |
| 7 | Pajama Pants |
| 30 | T-shirts (primarily band) |
| 1 | Slim Body Shaper Shirt |
| 1 | Eleady Shaper Vest |
| 6 | Jerseys |

| | |
|---|---|
| 1 | Robe1 |
| 1 | Robe 2 |
| 1 | Robe 3 |
| 1 | Robe 4 |
| 2 | Slippers |
| 1 | Dress Shoes |
| 5 | Tennis Shoes massive air jordan collection |
| 1 | Dockers Shoes |
| 1 | Cleats |
| 25 | Socks (Designer) |
| 10 | Undershirts |
| 25 | Underwear |
| 1 | Underarmour Scrum Tee |
| 15 | Caps collection |
| 1 | Headphone Beanie |
| 4 | Scarves |
| 3 | Belts |
| 1 | Sterling Silver Buckle |
| | Sterling Money Clip |
| 5 | Ties |
| 10 | Kippot Collection |
| 1 | Tallis from Israel |
| 1 | Prescription Eyeglasses |
| 1 | Aqua Sphere Swim Goggles |
| 1 | Gift: Bob Ross Socks |
| 1 | Gift: Bob Ross T |

**Category: Kitchen**

| Quantity | Item |
|---|---|
| 1 | Coffee Maker |
| 1 | Toaster |
| 1 | Toaster Oven |
| 1 | Instapot |
| 1 | 5 ft. Cable Instapot |
| 5 | Water Bottles |
| 2 | Cake Pans |
| 1 Set | Pyrex |
| 1 Pair | Oven Mits |
| 1 Set | Coasters |
| 1 | Cutting Board |
| 1 Set | Knives |
| 1 Set | Kitchen Tools |
| 1 Set | Serving Dishes |
| 6 | Mugs |
| 1 | Mr. Rogers Ceramic Mug |

| 1 | Bob Ross Mugs |
|---|---|
| 1 Set | Flatware |
| 1 Set | Dishes |
| 1 Set | Food Storage |
| 2 | Ice Trays |
| 1 | Green Pan |
| Set | Blue Diamond Pans |
| 1 | George Foreman Grill |
| 4 | Placemats |
| 1 | Coasters |
| 1 | Grill Set |
| 1 | Meal Tray |
| Set | Pots/Pans |

**Category: Bathroom**

| Quantity | Item |
|---|---|
| 1 | Toilet Brush |
| 1 | Plunger |
| 1 | Trash Can |
| 1 | Tub Brush |
| 1 | Toothpaste Holder |
| 1 | Liquid Soap Holder |
| 10 | Bath Towels Set |
| 10 | Washcloths |
| 1 | Shower Curtain |
| 1 | Shower Curtain Liner |
| 1 | Shower Curtain Hooks |
| 1 | Bath Mat |
| 1 | Hair Dryer |
| 1 | Shower Caddy |
| 1 | Shower Hanging |
| 1 | Oral B Electric Toothbrush |
| 1 | Petrucci Beard Oil |
| 1 | Phillips Norelco Trimmer |

**Category: Bedroom**

| Quantity | Item |
|---|---|
| 1 | Sheet Set |
| 1 | Sheets – Bamboo |
| 1 | Bampure Sheets |
| 1 | Comforter 1 |
| 1 | Sherpa Bed Set |
| 1 | Easeland Blanket |
| 1 | Sherpa Fleece Bed Set |
| 1 | Blanket |

| | |
|---|---|
| 1 | Nestl Blanket |
| 1 | King Cal Comforter |
| 1 | Foam Mattress Pad Cover |
| 1 | Mattress Pad Protector |
| 4 | Pillows – Claritin |
| 4 | Pillow Protectors/Dust Mite Covers |
| 2 | King Cooling Pillows |
| 1 | Pillow Protectors |
| | Pillows – Decorative |
| | Rug 1 – Safavien Galaxy |
| | Rug 2 – Living Room |
| 1 | Wall Tapestry |
| 1 | Bed Wedge |

**Category: Household**

| Quantity | Item |
|---|---|
| 50 | Hangers |
| 1 | Whitmor Double Closet Rod |
| 1 | Clothes Drying Rack |
| 1 | Adjustable Double Hanging Door Rail |
| 3 | Hanging Closet Organizers |
| 4 | Storage Cubes |
| | Inside Door Mat |
| | Outside Door Mat |
| | Bucket |
| 2 | Laundry Hampers |
| | Step Stool |
| | Command Hooks |
| | Command 3M 12 pack |
| | Command Poster Hanging Strips |
| 4 | Gorilla Double Sided Mounting Tape |
| 1 | Gorilla Mounting Tape |
| 1 | 3M 109 Mounting Tape |
| | Vacuum |
| | Vacuum Bags |
| 1 | Humidifier |
| 1 | Cool Mist Humidifier |
| | Dehumidifier |
| | Portable AC |
| 1 | Portable AC Window Vent Kit |
| 1 | AC Fan |
| 1 | AC Window Seal Bracket |
| 1 | Electric Heater |
| | Iron |
| 1 | Viz Pro Dry Erase Board |

| | |
|---|---|
| 1 pkg. | Dry Erase Markers |
| 1 pkg | Push Pins |
| 1 | Pencil Holder |
| Set | Moving Storage Bags |
| Set | Clevermade Collapsible Storage Bins |
| 4 | Steralite Storage Bins |
| 1 | Poster Frame |
| 1 | Ronlap Hand Truck |
| 1 | TV Tray Table |
| 1 | Hoover Wet Vac |

**Category: Pets**

| Quantity | Item |
|---|---|
| 2 | Dog Beds |
| 1 | dog service training kit |
| | Cat Bed |
| | Dog Kennel |
| 1 | Pet Door |
| 1 | Dematting Comb |
| | Cat Carrier |
| | Dog Toys |
| | Cat Toys |
| | Dog Food |
| 1 | Dog Food Puzzle |
| | Dog Chews |
| | Cat Food |
| | Dog Meds |
| | Cat Meds |
| | Cat Tower |
| | Dog Shampoo |
| | Cat Wash |
| | Leash |
| | Collar |
| | Dog Sweater |
| 1 | Dog Raincoat |
| | Dog Shoes |
| 2 | Dog Food Bowls |
| | Dog Water Bowl |
| 1 | Cat Feeder |
| | Cat Water Bowl |
| | Dog Food Mat |
| | Cat Food Mat |
| | Dog Food Holder |
| | Cat Food Holder |
| 1 | Snuffle Mat |

Israel_000086

| 1 | Pet Blanket |
|---|---|
| 1 | Bitter Spray |

**Category: Cleaning Products**

| Quantity | Item |
|---|---|
| 1 | Swiffer Mop |
| 2 | Swiffer Mop Refills |
| 2 | Swiffer Dusters |
| 1 | Microfiber Cloths |
| 1 | Dishwasher Soap |
| 1 | Laundry Soap |
| 2 | Dish Soap |
| 2 | Hand Soap |
| 2 | Hand Soap Refill |
| 1 | Sponges |
| 1 | Windex |
| 1 | 409 Cleaner |
| 1 | Resolve Carpet Cleaner |
| 1 | Enzyme Spray |
| | Paper Towels |
| | Toilet Paper |

**Category: Art**

| Quantity | Item |
|---|---|
| 1 | Framed Marcus Mariota |
| 1 | Framed Russell Wilson |
| 20 | Posters/Autographed/Collectors no longer available |
| 1 | Brass Menorah/Candles |
| Set | Dreidl Collection |
| 1 | Bliss Lights Art Lite |
| 1 | Bliss Lights Sky Light |

**Category:  Albums**

| Quantity | Item |
|---|---|
| 20 | Record Collection |

**Category: Video Games**

| Quantity | Item |
|---|---|
| 1 | Pokemon: Let's Go Pikachu |
| 1 | The Legend of Zelda: Breath of the Wild |
| 1 | Spyro |
| 1 | Super Smash Bros Ultimate |
| 1 | Kingdom Hearts III |
| 1 | Super Mario Party |

Israel_000087

| 1 | The Amory Wars: Good Apollo… |
|---|---|
| 1 | Safavien Galaxy Collection |
| 10 | Xbox games |
| 5 | PS4 games |
| digital game data | digital game data |
| 1 | Pokemon Shield Switch |
| 1 | Star Wars Jedi |
| 1 | Spyro Trilogy Reignited |
| 1 | Bioshock: The Collection |
| 1 | Metropolis Part 2: Scenes from a Memory |

**Category:  Plush**

| Quantity | Item |
|---|---|
| 1 | ET |
| 1 | Plush Dog |
| 1 | Pillow Pal Seahawks |
| 1 | Pillow Pal Ducks |

**Category: Jewelry/Watches**

| Quantity | Item |
|---|---|
| 1 | UO Digital Watch |
| 1 | Wooden Watch |
| 1 | Father's Ring |
| 1 | Pro Steel Neck Charms |
| 10 | Wooden Pics |
| 1 | Braided Cord Necklaces |
| Pair | Earrings |
| 1 | Gold Rope Chain |
| 2 | Key Lanyards |
| 1 | Bulk Cord Necklace |
| 1 | Pendant |

**Category: Collections**

| Quantity | Item |
|---|---|
| 500+ | Yu Gi Oh Cards |
| 500+ | Pokemon Cards |
|  | Baseball Cards |

**Category: Books**

| Quantity | Item |
|---|---|
| 3 | The Amory Wars |
| 1 | Lonely Planet: Croatia |
| 4 | Journals |
| 1 | Effortless Mastery: Liberating the Musician |

Israel_000088

| 1 | Ernie Ball Slinky Flatwound Bass Set Sheet Music |
|---|---|
| 15 | other book collection |

**Category: Medication**

| Quantity | Item |
|---|---|
| | Vitamins, Meds |
| 2 | Respiratory Devices |

**Category: Lost Tuition**

| Total: |
|---|

**Category: Sentimental**

| | Cards |
|---|---|
| | Letters |
| | Childhood Memories |
| | College Memories |
| | Photographs |
| | Other |