# **EXHIBIT 7**

# Jennifer E. Aragon

| | |
|---|---|
| **From:** | Sam Leonard <sam@seattledebtdefense.com> |
| **Sent:** | Thursday, August 24, 2023 6:36 PM |
| **To:** | Matthew S. Adams; Jennifer E. Aragon |
| **Cc:** | Monica L. Schwandt |
| **Subject:** | RE: Israel and Okorom v. Safeco Insurance Company of America |

SUBJECT TO ER 408

Matt,

I have spoken with my clients regarding Safeco's settlement offer. They decline the offer, but see the benefit in getting this settled. To that end, they offer to settle their claims in return for $100,000.

While my clients appreciate Safeco's offer, they do not believe that it takes into consideration their general damages arising out of Safeco's failure to pay on the claim. I also believe they have a strong bad faith claim given Safeco's failure to document the reasoning for its refusal to cover their claim, and I can foresee no good cause for the denial of the claim.

This offer remains open until September 4.

I am out of town next week, se we can talk more about it, if you like, when I return.

Sincerely,

Sam


Sam Leonard, *Attorney at Law*

Leonard Law, PLLC
9030 35th Avenue SW ste 100
Seattle WA 98126
Ph. (206) 486-1176
Fx.  (206) 458-1176
sam@seattledebtdefense.com
www.seattledebtdefense.com



**CONFIDENTIALITY NOTICE:**

1

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail. Thank you.

**From:** Sam Leonard
**Sent:** Monday, August 7, 2023 2:21 PM
**To:** Matthew S. Adams <MAdams@foum.law>; Jennifer E. Aragon <JAragon@foum.law>
**Cc:** Monica L. Schwandt <MSchwandt@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

Matt,

My read of the policy is that Safeco is required to pay the total replacement cost of the personal items. Thus, the amount of each item would be the replacement costs as of today. Regarding the specifically scheduled items, everything, but the guitars was stolen. They were able to recover the guitars.

Before we get too far down this road however, I don't see that my clients were ever provided a written statement stating the reasons that the claim was refused. Please provide me with that. Please also provide me with Safeco's position regarding the policy limits.

Sincerely,

Sam

Sam Leonard, *Attorney at Law*

Leonard Law, PLLC
9030 35th Avenue SW ste 100
Seattle WA 98126
Ph. (206) 486-1176
Fx.  (206) 458-1176
sam@seattledebtdefense.com
www.seattledebtdefense.com



**CONFIDENTIALITY NOTICE:**

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail. Thank you.

**From:** Matthew S. Adams <MAdams@foum.law>
**Sent:** Wednesday, July 19, 2023 1:25 PM
**To:** Sam Leonard <sam@seattledebtdefense.com>; Jennifer E. Aragon <JAragon@foum.law>
**Cc:** Monica L. Schwandt <MSchwandt@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

ER 408 Settlement Communication

Sam, Thanks for this.  Does the insured have a demand?  Unfortunately, a lot of these items are very generic, and without pricing, there isn't much we can do.   It would also be helpful to know which items are on the list of specifically scheduled items.  I think the company would like to see if there is some compromise that can be reached.

Matt


**Matthew** S. Adams
Shareholder

**Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
DIRECT    206-346-3945
OFFICE    206-689-8500
FAX       206-689-8501
EMAIL     MAdams@FoUm.law



**From:** Sam Leonard <sam@seattledebtdefense.com>
**Sent:** Wednesday, July 12, 2023 2:51 PM
**To:** Matthew S. Adams <MAdams@foum.law>; Jennifer E. Aragon <JAragon@foum.law>
**Cc:** Monica L. Schwandt <MSchwandt@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

Matt and Jennifer,

It was good to meet both of you today. Per our conversation regarding settlement, attached are list of the personal items that were taken from my clients' home by Miggy. The two instruments that were returned  in damaged condition are identified. These list are being provided subject to ER-408 and are not to be used as evidence.

Please let me know if you have any questions.

Sam

**Sam Leonard,** *Attorney at Law*

**Leonard Law, PLLC**
**9030 35th Avenue SW ste 100**
**Seattle WA 98126**
**Ph. (206) 486-1176**

3

Fx.  (206) 458-1176
sam@seattledebtdefense.com
www.seattledebtdefense.com



**CONFIDENTIALITY NOTICE:**

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail.  Thank you.

**From:** Matthew S. Adams <MAdams@foum.law>
**Sent:** Monday, July 10, 2023 3:19 PM
**To:** Sam Leonard <sam@seattledebtdefense.com>; Monica L. Schwandt <MSchwandt@foum.law>
**Cc:** Jennifer E. Aragon <JAragon@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

Hi Sam, yes.  I think that would be very helpful.  On Wednesday I am free at 10:00, between 11:30 and 2:00 or after 3:00.


**Matthew S. Adams**
Shareholder

**Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164

| | |
|---|---|
| DIRECT | 206-346-3945 |
| OFFICE | 206-689-8500 |
| FAX | 206-689-8501 |
| EMAIL | MAdams@FoUm.law |



**From:** Sam Leonard <sam@seattledebtdefense.com>
**Sent:** Monday, July 10, 2023 3:17 PM
**To:** Monica L. Schwandt <MSchwandt@foum.law>
**Cc:** Matthew S. Adams <MAdams@foum.law>; Jennifer E. Aragon <JAragon@foum.law>
**Subject:** RE: Israel and Okorom v. Safeco Insurance Company of America

Received.

Mr. Adams and Ms. Aragon,

I would like to set up a call with you to discuss this case and better understand your client's position. Do you have time for a call Wednesday at 10:00 am?

I look forward to working with you.

Sam

**Sam Leonard,** *Attorney at Law*

**Leonard Law, PLLC**
**9030 35th Avenue SW ste 100**
**Seattle WA 98126**
**Ph. (206) 486-1176**
**Fx.  (206) 458-1176**
**sam@seattledebtdefense.com**
**www.seattledebtdefense.com**



**CONFIDENTIALITY NOTICE:**

This e-mail transmission may contain information that is protected by attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents, is strictly prohibited. If you have received this transmission in error, please contact me immediately and return the e-mail by choosing Reply (or the corresponding function on your mail system) and then deleting the e-mail.  Thank you.

---

From: Monica L. Schwandt <MSchwandt@foum.law>
Sent: Monday, July 10, 2023 2:37 PM
To: Sam Leonard <sam@seattledebtdefense.com>
Cc: Matthew S. Adams <MAdams@foum.law>; Jennifer E. Aragon <JAragon@foum.law>
Subject: Israel and Okorom v. Safeco Insurance Company of America

Re:     *Aidan Israel & Chalse Okorom v. Safeco Insurance Company of America*
        Policy No.: OY8602631
        DOL: June 14, 2022

Counsel,

Please find enclosed the Answers and Affirmative Defenses of Safeco Insurance Company of America that has been filed with the Court.  A hard copy will be mailed to you since you have not signed up for ECF e-filing for this case.

5

Thank you,
Monica L. Schwandt

**Monica** L. Schwandt
Legal Assistant

**Forsberg & Umlauf, P.S.**
**901 Fifth Avenue, Suite 1400**
**Seattle, WA 98164**
| OFFICE | 206-689-8500 |
| FAX | 206-689-8501 |
| EMAIL | [MSchwandt@foum.law](mailto:MSchwandt@foum.law) |



--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.